UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*********************************
                                *       05   10054   EFH
WILLIAM IRVING,                 *
     Plaintiff                  *
                                *
v.                              *       C. A. No.
                                *
7-ELEVEN, INC., and THE         *       MAGISTRATE JUDGE RBC
SOUTHLAND CORPORATION,          *
     Defendants                 *
                                *
*********************************
```

RECEIPT # 61325
AMOUNT $150
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. TOM
DATE 1/10/05

# COMPLAINT

## JURISDICTION

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. 1332, in that plaintiff, WILLIAM IRVING, is a citizen of the Commonwealth of Massachusetts, the defendants, 7-ELEVEN, INC., and THE SOUTHLAND CORPORATION, are each citizens of the State of Texas, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

2. The Court has jurisdiction over the defendant 7-ELEVEN, INC. under Massachusetts General Laws, Chapter 223A, §3(a),(b) & (c), in that the defendant, at all relevant times, transacted business, contracted to supply services, and caused tortious injury by acts and omissions, in the Commonwealth of Massachusetts.

3. The Court also has jurisdiction over the defendant, THE SOUTHLAND CORPORATION, under Massachusetts General Laws, Chapter 223A, §3(e), in that this defendant, at all relevant times, had an interest in, used, and possessed real property in the Commonwealth of Massachusetts.

## PARTIES

4. The plaintiff, WILLIAM IRVING ("WILLIAM"), is a citizen of the Commonwealth of Massachusetts, with an usual place of residence at 20 Hemlock Lane, Bedford, Massachusetts.

5. The defendant, 7-ELEVEN, INC. ("7-ELEVEN"), is a citizen of the State of Texas, being a corporation duly organized under its laws, and having its principal place of business at 2711 North Haskell Avenue, Dallas, Texas.

6. The defendant, THE SOUTHLAND CORPORATION ("SOUTHLAND") is a citizen of Texas, being a corporation duly organized under its laws, and having its principal place of business at 2711 North Haskell Avenue, Dallas, Texas.

## STATEMENT OF FACTS

7. At all times relevant to this action, the defendant SOUTHLAND was the owner of a Seven Eleven Convenience Store located at 826 Boston Road, Billerica, Massachusetts ("The Store").

8. At all times relevant to this action, the defendant 7-ELEVEN was responsible for the operation, supervision, control and management of the store.

9. At all times relevant to this action, plaintiff WILLIAM was lawfully in the parking lot of the store, as a customer of The Store.

10. On or about January 13, 2002, the plaintiff, WILLIAM, while lawfully on the premises as a potential customer, slipped and fell upon a walkway leading to the store, owned, operated, controlled, managed and maintained by the defendants 7-ELEVEN and SOUTHLAND.

11. The plaintiff, WILLIAM, slipped and fell because of an unnatural

accumulation of rain, ice and snow, which was present in said condition for a sufficient length of time so that it should have been seen by the defendants.

12. As a direct and proximate result of the defendants' negligence, the premises were in a dangerous and unsafe condition, causing the plaintiff, WILLIAM, while he was in the exercise of due care, to fall and to suffer permanent injuries.

13. The defendants were under a duty to operate, control, manage and maintain the premises in a safe condition for business invitees and to make reasonable inspection of said premises to discover conditions presenting dangers to said invitees.

14. WILLIAM's injuries were a direct result of the failure of the defendants, their agents and employees, to maintain the parking lot and sidewalk around the store in a safe and proper condition.

15. The defendants failed to protect persons lawfully on the premises outside the store from reasonably foreseeable harm as a result of the condition of the sidewalk and parking lot.

16. The defendants knew, or in the exercise of reasonable care should have known, about the condition of the area outside the store prior to this accident.

17. The defendants breached said duty of care by failing to maintain the premises in a safe condition and by failing to make reasonable inspections to discover those dangers which they knew or should have known to exist on said premises.

18. The defendants failed to warn the plaintiff of this danger.

19. As a direct and proximate result of the defendants 7-ELEVEN and SOUTHLAND's negligence, the plaintiff, WILLIAM, was caused to fall and was grievously injured, suffered great pain of body and anguish of mind, and incurred expenses for

medical treatment and care.

20. As a result of the defendants' negligence, plaintiff WILLIAM was seriously and permanently injured, and he continues to suffer at present from his injuries, which affect all aspects of his life.

21. The plaintiff gave proper and timely notice to the defendants of his injuries as required by Massachusetts General Laws, Chapter 84, §§17 - 21.

## CLAIMS FOR RELIEF

### FIRST CLAIM

22. Plaintiffs reallege paragraphs 1 through 21.

23. As a direct and proximate result of the defendant 7-ELEVEN, INC.'s negligence, the plaintiff, WILLIAM IRVING, was caused to fall and was grievously injured, suffered great pain of body and anguish of mind, and incurred expenses for medical treatment and care.

### SECOND CLAIM

18. Plaintiffs reallege paragraphs 1 through 21.

19. As a direct and proximate result of the defendant THE SOUTHLAND CORPORATION's negligence, the plaintiff, WILLIAM IRVING, was caused to fall and was grievously injured, suffered great pain of body and anguish of mind, and incurred expenses for medical treatment and care.

### RELIEF REQUESTED

WHEREFORE, the plaintiff, WILLIAM IRVING demands judgment against the defendants as follows:

A. On the First Claim, against defendant 7-ELEVEN, Inc., for the injuries

sustained, and the pain and suffering endured, by the plaintiff, WILLIAM IRVING, in an amount which is fair, just and adequate for the injuries sustained, plus interest and costs.

B.   On the Second Claim, against defendant, THE SOUTHLAND CORPORATION, for the injuries sustained, and the pain and suffering endured, by the plaintiff, WILLIAM IRVING, in an amount which is fair, just and adequate for the injuries sustained, plus interest and costs.

**PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL CLAIMS.**

By their Attorney,

_____
CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-728-9123
January 6, 2005

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
IRVING, WILLIAM

## DEFENDANTS
7-ELEVEN, INC. and THE SOUTHLAND CORPORATION

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  MIDDLESEX
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  N/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
CARMEN L. DURSO, ESQUIRE, BBO # 139340
100 SUMMER STREET, BOSTON, MA 02110-2104
617-728-9123  dursolaw@tiac.net

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
28 U.S.C. 1332, DIVERSITY. CIVIL ACTION FOR PERSONAL INJURIES AS THE RESULT OF A FALL ON DEFENDANTS' PROPERTY.

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) / ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) / ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) / ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI / ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) / ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | | **FEDERAL TAX SUITS** / ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) / ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 290 All Other Real Property | ☐ 550 Other | | | ☐ 950 Constitutionality of State Statutes |
| | | | | ☐ 890 Other Statutory Actions |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 01/07/05
SIGNATURE OF ATTORNEY OF RECORD: [signature]

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) WILLIAM IRVING v. 7-ELEVEN, INC.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, 440, 441-444, 540, 550, 625, 710, 720, 730,
              740, 790, 791, 820, 830, 840, 850, 890, 892-894, 895, 950.

   _X_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   NO

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? NO
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY? (SEE 28 USC 2403) N/A

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284? NO

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)). YES ___ NO ___ OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)). YES ___ NO ___

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT? YES ___ NO ___ (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? EASTERN

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE CENTRAL SECTION ___ N/A ___ OR WESTERN SECTION ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME     CARMEN L. DURSO, ESQUIRE

ADDRESS  100 SUMMER STREET, BOSTON, MA 02110-2104

TELEPHONE NO.  617-728-9123 / dursolaw@tiac.net