# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

WILLIAM IRVING

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10054 EFH**

7-ELEVEN, INC., and THE SOUTHLAND CORPORATION

TO: (Name and address of Defendant)

7-ELEVEN, INC., c/o CORPORATION SERVICE COMPANY
84 State Street, Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CARMEN L. DURSO, Esquire, Suite 3232, 100 Summer Street, Boston, MA 02110-2104,
(617) 728-9123

an answer to the complaint which is served on you with this summons, within 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_[signature]_     5/10/05
(By) DEPUTY CLERK         DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
              Date               Signature of Server

_____
Address of Server

Summons C

---

Suffolk, ss.

May 5, 2005

I hereby certify and return that on 5/2/2005 at 2:55PM I served a true and attested copy of the Sums, Comp, Interrogatories, Request for Prod. of Documents,Cover Sheet in this action in the following manner: To wit, by delivering in hand to B.Montanez, agent and person in charge at the time of service for 7-Eleven, Inc., at , 84 State Street, C/O Corporation Services Boston, MA 02108. U.S. District Court fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff John Cotter      /s/ John Cotter      Deputy Sheriff

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

