UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM IRVING,<br><br>      Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC. and<br>THE SOUTHLAND CORPORATION<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-CV-10054 EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael P. Giunta, Janet Barringer Pezzulich and the law firm of Donovan Hatem LLP on behalf of Defendants, 7-Eleven, Inc. and The Southland Corporation, in the above-captioned matter.

                                      Defendants,
                                      7-ELEVEN, INC. and
                                      THE SOUTHLAND CORPORATION,
                                      By their attorneys,

                                      */s/ Michael P. Giunta*
                                      */s/ Janet Barringer Pezzulich*
                                      Michael P. Giunta, BBO No. 543768
                                      Janet Barringer Pezzulich, BBO No. 642442
                                      DONOVAN HATEM LLP
                                      Two Seaport Lane
                                      Boston, MA 02210
Date: May 20, 2005                   617-406-4500

00916982