UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM IRVING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC. and<br>THE SOUTHLAND CORPORATION<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 05-CV-10054 EFH<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael P. Giunta, Janet Barringer Pezzulich and the law firm of Donovan Hatem LLP on behalf of Defendants, 7-Eleven, Inc. and The Southland Corporation, in the above-captioned matter.

　　　　　　　　　　　　　　　　Defendants,
　　　　　　　　　　　　　　　　7-ELEVEN, INC. and
　　　　　　　　　　　　　　　　THE SOUTHLAND CORPORATION,
　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Michael P. Giunta, BBO No. 543768
　　　　　　　　　　　　　　　　Janet Barringer Pezzulich, BBO No. 642442
　　　　　　　　　　　　　　　　DONOVAN HATEM LLP
　　　　　　　　　　　　　　　　Two Seaport Lane
　　　　　　　　　　　　　　　　Boston, MA 02210
Date: _____　　　　 617-406-4500

00916982