UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 AUG 15 P 2: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

*****************************************

WILLIAM IRVING,
    Plaintiff

v.

7-ELEVEN, INC., and THE
SOUTHLAND CORPORATION,
    Defendants

*****************************************

C. A. No. 05-10054-EFH

## SUGGESTION OF DEATH UPON THE RECORD UNDER F.R.C.P. 25(a)(1)

The plaintiff suggests upon the record, pursuant to Rule 25(a)(1), the death of WILLIAM IRVING, plaintiff, during the pendency of this action. A copy of Mr. Irving's Death Certificate is annexed, marked "A."

By his Attorney,

_(signature)_
CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-728-9123
August 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail, on August 12, 2005.

_(signature)_
CARMEN L. DURSO

**Town of Reading**
**COMMONWEALTH OF MASSACHUSETTS**

I, Cheryl A. Johnson, the undersigned, hereby certify that I hold the Office of Town Clerk of the Town of Reading in the County of Middlesex, and the Commonwealth of Massachusetts; that the records of Births, Marriages and Deaths are in my custody and that the following is a true copy from the records, as certified by me.



The Commonwealth of Massachusetts
STANDARD CERTIFICATE OF DEATH
REGISTRY OF VITAL RECORDS AND STATISTICS

205

| Field | Value |
|---|---|
| Name | William E. Irving |
| Sex | M |
| Date of Death | July 22, 2005 |
| Place of Death | Reading |
| County | Middlesex |
| | 320 Haverhill Street |
| Facility | Hospice |
| SSN | 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 |
| Race | White |
| Age | 54 |
| Date of Birth | March 22, 1951 |
| Birthplace | Somerville, MA |
| Marital Status | Married |
| Spouse | Michelle Fenton |
| Occupation | Truck Driver |
| Industry | Transportation |
| Residence | 69 Butters Row, Wilmington, Middlesex, MA 01887 |
| Father | Nelson W. Irving / MA |
| Mother | Betty Heughens / MA |
| Informant | Michelle Irving, 69 Butters Row, Wilmington, MA 01887, Wife |
| Funeral Director | Eugene S. Lane Jr. / 5591 |
| Cemetery | Pine Haven Cemetery, Burlington, MA |
| Funeral Home | Doyle-Lane Funeral Home, 171 Bedford St., Burlington MA 01803 |

Cause of death: Squamous Cell Carcinoma of the Oral Cavity — 2.5 years

Betsey Crawford MD
July 25, 2005    9:00 A.M.

Betsey Crawford, MD, 41 Mall Road, Burlington, Massachusetts   75688

Yes   July 22, 2005   9:00 A.M.   Eugene Fallon

July 25, 2005

JUL 26 2005

Witness my hand and the Seal of the Town of Reading
This 26th day of July, 2005

Cheryl A. Johnson

"A"