UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

****************************************
                                       *
WILLIAM IRVING,                        *
              Plaintiff                *
                                       *
v.                                     *        C. A. No. 05-10054-EFH
                                       *
7-ELEVEN, INC., and THE                *
SOUTHLAND CORPORATION,                 *
              Defendants               *
                                       *
****************************************

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The plaintiff, with the assent of the defendants, moves the Court to continue the

date of the Scheduling Conference in the above-entitled action, presently set for

**Tuesday, September 13, 2005** at 11:00 a.m., for a period of at least 90 days.

In support of this motion, the Counsel for the Plaintiff states that the plaintiff,

William Irving, is recently deceased in accordance with the Suggestion of Death

previously filed with this Court.  A continuation of the scheduling conference is

requested to allow for probate of plaintiff's estate and substitution of a legal

representative in place of plaintiff.


CARMEN L. DURSO, ESQUIRE
ATTORNEY FOR PLAINTIFF
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110 - 2104
(617) 728-9123

Assented To By:

JANET B. PEZZULICH, ESQUIRE
ATTORNEY FOR DEFENDANTS
DONOVAN HATEM LLP
B.B.O. #642442
WORLD TRADE CENTER EAST
TWO SEAPORT LANE
Boston, MA 02110
(617) 406 - 4500

August 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the

attorney of record for each party by mail on August 18, 2005

CARMEN L. DURSO