UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*****************************************
                                         *
WILLIAM IRVING,                          *
         Plaintiff                       *
                                         *
v.                                       *     C. A. No. 05-10054-EFH
                                         *
7-ELEVEN, INC., and THE                  *
SOUTHLAND CORPORATION,                   *
         Defendants                      *
                                         *
*****************************************

## MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties move, jointly, to continue the date of the Scheduling Conference in the above-entitled action, presently set for **December 14, 2005,** at 11:00 a.m., to **December 6, 2005**, at 11:00 a.m.

In support of this motion, plaintiff's counsel states that he will be on trial in Plymouth County on December 14, 2005, and therefore unable to attend on the scheduled date.

_____
CARMEN L. DURSO, ESQUIRE
ATTORNEY FOR PLAINTIFF
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110 - 2104
(617) 728-9123

Assented To By:

_____
JANET B. PEZZULICH, ESQUIRE
ATTORNEY FOR DEFENDANTS
DONOVAN HATEM LLP
B.B.O. #642442
WORLD TRADE CENTER EAST
TWO SEAPORT LANE
Boston, MA 02110
(617) 406 - 4500

August 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on August 31, 2005

_____
CARMEN L. DURSO