UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM IRVING,<br><br>      Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC. and<br>THE SOUTHLAND CORPORATION<br><br>      Defendants. | C.A. No. 05-CV-10054 EFH |

## JOINT STATEMENT BY PARTIES

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, the parties in the above-entitled matter propose the following pre-trial schedule:

PHASE 1 – DISCOVERY

| | |
|---|---|
| Service of requests for production of documents | 02/17/06 |
| Service of interrogatories | 03/17/06 |
| Responses to all written discovery | 04/14/06 |

PHASE 2 – DISCOVERY

| | |
|---|---|
| Completion of fact depositions (15 per side – not to include keeper of record depositions or depositions by written questions) | 08/01/06 |
| Plaintiff's disclosure expert witness reports | 09/12/06 |
| Defendants' disclosure expert witness reports | 11/01/06 |

| | |
|---|---|
| Completion of expert depositions | 01/12/07 |

PHASE 3 – PRETRIAL AND TRIAL

| | |
|---|---|
| Filing of summary judgment motions | 03/02/07 |
| Filing responses to summary judgment | 04/06/07 |
| Final pre-trial conference | 05/07/07 |
| Trial | 06/04/07 |

      The parties do not agree, at this time, to a trial by Magistrate Judge.

| | |
|---|---|
| Plaintiff,<br>WILLIAM IRVING<br>By his attorneys, | Defendants,<br>7-ELEVEN, INC. and<br>THE SOUTHLAND CORPORATION,<br>By their attorneys, |
| /s/ Carmen L. Durso<br>Carmen L. Durso<br>BBO No. 139340<br>100 Summer Street<br>Suite 3232<br>Boston, MA  02110<br>(617) 728-9123 | /s/ Janet B. Pezzulich<br>Michael P. Giunta<br>BBO No. 543768<br>Janet B. Pezzulich<br>BBO No. 642442<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>617-406-4500 |

Date: November 30, 2005

00926595
24488.2