UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| WILLIAM IRVING, <br><br> Plaintiff, <br><br> v. <br><br> 7-ELEVEN, INC. and <br> THE SOUTHLAND CORPORATION <br><br> Defendants. | C.A. No. 05-CV-10054 EFH |

**DEFENDANTS 7-ELEVEN, INC. and THE SOUTHLAND CORPORATION'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)**

Defendants, 7-Eleven, Inc. and The Southland Corporation, and their counsel certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

7-ELEVEN, INC. and
THE SOUTHLAND CORPORATION,
By their Authorized Representative

*[signature]*

Date: 12/1/05

00962563//24468.2

Defendants
7-ELEVEN, INC. and
THE SOUTHLAND CORPORATION,
By their attorneys,

/S/ Janet B. Pezzulich

Michael P. Giunta
BBO No. 543768
Janet B. Pezzulich
BBO No. 642442
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500