*in open court*
*12/6/05*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM IRVING,
    Plaintiff

v.

7-ELEVEN, INC., and THE
SOUTHLAND CORPORATION,
    Defendants

C. A. No. 05-10054-EFH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Pursuant to the Suggestion of Death upon the Record under F.R.C.P. 25(a)(1), filed herein on August 12, 2005, Patricia A. Fenton, Executrix of the Estate of William Irving, moves that she be substituted as the plaintiff in this action, and further moves for leave to amend the Complaint herein, by substituting herself for William Irving as plaintiff. A copy of the Decree of Appointment, dated November 25, 2005, and the proposed Amended Complaint, are annexed hereto.

*12-6-05*
*Motion allowed*
*Edward F. Harrington, S.D.J.*

By her Attorney,

_____
CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-728-9123
November 30, 2005

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that I have conferred with opposing counsel, on November 30, 2005, prior to filing this Motion, in a good faith effort to resolve the issue presented herein.

_____
CARMEN L. DURSO


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail and FAX, on November 30, 2005.

_____
CARMEN L. DURSO

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

Middlesex Division

Docket No. 05P3918EP1-3

**Probate of Will With/Without Sureties**

Name of Decedent William E. Irving

Domicile at Death 69 Butters Row (street and no.) Wilmington, MA (city or town)

Middlesex  01887
(county)  (zip)        Date of Death July 22, 2005

Name and address of Petitioner(s)  Patricia A. Fenton - 69 Butters Row  Wilmington, Massachusetts 01887

Status _____

**Heirs at law or next of kin of deceased including surviving spouse:**

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| SEE ATTACHED LIST  Exhibit A. | | |

That said deceased left a will-and codicil (s) -herewith presented, wherein your petitioner(s) is/are named execut rix
and wherein the testat or had requested that your petitioner(s) be exempt from giving surety on his/her/their bond(s).

☐ The petitioner(s) hereby certif _____ that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the **Division of Medical Assistance, P.O. Box 15205, Worcester, Massachusetts 01615-9906.**

Wherefore your petitioner(s) pray(s) that said will-and codicil(s)-may be proved and allowed, and that he/she/they be appointed execut rix thereof, with/without surety on his/her/their bond(s) and certif ies under the penalties of perjury that the statements herein contained are true to the best of his/her/their knowledge and belief.

Date August 29, 2005        Signature(s) _____

The undersigned hereby assent to the foregoing petition and to the allowance of the will without testimony.

**DECREE**

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto, it is decreed that said instrument(s) be approved and allowed as the last will and testament of said deceased, and that said petitioner(s): Patricia Fenton
of Wilmington in the County of Middlesex
and _____ of _____
                                                        be appointed
execut rix thereof, first giving bond with out sureties for the due performance of said trust.
Date  OCT 3 1 2005        Edward F. Donnelly, Jr.
                                     Justice of the Probate and Family Court
CJ-P 2 (11 /01)
                                                        mcpfc - c.g.f.

DATED  NOV 2 5 2005

I, the undersigned HEREBY CERTIFY that I am the Register of the Probate and Family Court in the County of Middlesex, such that I have Custody of the records of said Court, and I further Certify that the foregoing is a photographic copy of the decree of appointment of the fiduciary, that said fiduciary has given bond as required by the law and that said appointment remains in full force.

Witness, by my hand and seal of the Probate Court of the Commonwealth of Massachusetts, in Cambridge.

John R. Buonomo
REGISTER OF PROBATE

**NAME OF DECEDENT:** William E. Irving             **Docket No.** 05P3918EP1

## Heirs at law or next of kin of deceased including surviving spouse:

| Name | Residence | Relationship |
|---|---|---|
| Michelle L. Fenton-Irving | 69 Butters Row, Wilmington MA 01887 | Wife |
| Candace C. Irving **(Minor)** | 26 Parker Street, Wilmington, Ma 01887 | Daughter |
| Keith W. Irving | 26 Parker Street, Wilmington, Ma 01887 | Son |
| Kevin W. Irving **(Address Unknown)** | *Last known Address Merrimack, NH* | Son |
| Nancy Irving | 16 Forrest Street, Lowell, MA 01851 | Step-Mother |
| Nelson Irving | 16 Forrest Street, Lowell, MA 01851 | Father |
| Betty (Irving) Shack | 6650 NW CR 347, Chiefland, FL. 32626 | (Biological) Mother |
| Steven W. Irving | 44 Montvale Ave. Apt #301 Woburn, MA 01880 | Brother |
| Gary N. Irving | 5 Bretton Drive, Merrimack, NH 03054 | Brother |
| Bruce A. Irving | 40 Lamplighter Lane, Chelmsford, MA 01863 | Brother |
| Glenn S. Irving | 18 Forrest Street, Lowell, MA 01851 | Brother |
| Jay C Viselli | 50 Riverview Apt #4 Pittsfield, MA 01851 | Step-Brother |
| William Shack | 417 Rt 135 #2 Monmouth, ME 04259 | Half-Brother |