UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAY 22 A 9: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

*****************************************
*
WILLIAM IRVING,                          *
       Plaintiff                         *
                                         *
v.                                       *    C. A. No. 05-10054-EFH
                                         *
7-ELEVEN, INC., and THE                  *
SOUTHLAND CORPORATION,                   *
       Defendants                        *
                                         *
*****************************************

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff moves to amend her Complaint in this action by adding as defendants METRO MART, INC., and 7-ELEVEN EMPLOYEES' TRUST. In support of this motion, plaintiff states that the present defendants have identified these parties as having an interest in and/or being the manager of the property where the plaintiff's decedent was injured. A copy of the proposed Second Amended Complaint is annexed hereto.

By her Attorney,

*[signature]*

CARMEN L. DURSO, ESQUIRE
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-728-9123
May 22, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail, on May 22, 2006.

_____
CARMEN L. DURSO