UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA A. FENTON, Executrix of )<br>The Estate of WILLIAM IRVING, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　)<br>7-ELEVEN EMPLOYEES' TRUST, METRO )<br>MART, INC., 7-ELEVEN, INC., AND THE )<br>SOUTHLAND CORPORATION, )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | C.A. No. 05-CV-10054 EFH |

**STIPULATION OF DISMISSAL**

　　　　The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. Rule 41(a)(1)(ii), hereby stipulate that said action be dismissed, without prejudice.

| The Plaintiff,<br>PATRICIA A. FENTON, Executrix of the<br>Estate of WILLIAM IRVING,<br>By her attorneys, | The Defendants,<br>7-ELEVEN EMPLOYEES' TRUST, METRO<br>MART, INC., 7-ELEVEN, INC., AND THE<br>SOUTHLAND CORPORATION,<br>By their attorneys, |
|---|---|
| /s/ Carmen L. Durso<br>_____<br>Carmen L. Durso, BBO No. 139340<br>100 Summer Street, Suite 3232<br>Boston, MA 02110<br>Tel. 617-728-9123 | /s/ Michael P. Giunta<br>_____<br>Michael P. Giunta, BBO No. 543768<br>Janet B. Pezzulich, BBO No. 642442<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>Tel. 617-406-4500 |

2

**CERTIFICATE OF SERVICE**

  I hereby certify that this Stipulation of Dismissal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on this 20th day of October, 2006.

            /s/ Michael P. Giunta

24488.2//01040822